UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

COURTNAY BRISSETT and LADWIN )
BRISSETT )
        Plaintiffs, )
 )
v. ) **JUDGMENT**
 ) No. 4:17-CV-114-FL
WELLS FARGO BANK, N.A. )
*As Trustee for the Certifications Holders of* )
*Carrington Mortgage Loan Trust, Series* )
*2007-Frel* )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 18, 2018, and for the reasons set forth more specifically therein, that this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on January 18, 2018, and Copies To:**
Courtnay Brissett and Ladwin Brissett (via U.S. Mail) 727 Utica Ave, PMB 164, Brooklyn, NY 11203.

January 18, 2018        PETER A. MOORE, JR., CLERK
                        /s/ Sandra K. Collins
                       (By) Sandra K. Collins, Deputy Clerk